1006

William ANAGNOSTI, Appellant, v. UNITED STATES of America, Appellee.

No. 7861.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1935.

J. Geo. Ohannesian, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for the United States.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to dismiss appeal for failure of appellant to file record and docket cause, and opposition of appellant thereto, and good cause therefor appearing, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

George R. ANDERSEN, on Behalf of Otto Sohkanen, Appellant, v. Edward G. CA-HILL, Commissioner of Immigration, Appellee.

No. 7964.

Circuit Court of Appeals, Ninth Circuit.

Feb. 13, 1936.

George R. Andersen, of San Francisco, Cal., for appellant.

H. H. McPike, U. S. Atty., and Robert L. McWilliams, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon oral stipulation of counsel for respective parties, ordered appeal dismissed, decree of dismissal filed and entered accordingly, and mandate issued forthwith.

BAILEY v. COMMISSIONER OF INTERNAL REVENUE.

No. 4822.

Circuit Court of Appeals, Seventh Circuit.

Dec. 7, 1935.

W. W. Spalding, of Washington, D. C., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged by this court that the petition for a review of the decision of the United States Board of Tax Appeals, entered on December 28, 1931, be, and the same is hereby dismissed.

Myrtle Tanner BLACKLIDGE v. WALKER.

No. 5693.

Circuit Court of Appeals, Seventh Circuit.

Dec. 4, 1935.

Michael L. Igoe, of Chicago, Ill., for appellee.

PER CURIAM.

On motion of counsel for appellant, counsel for appellee appearing and consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.